# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** SRM Global Fund Limited Partne v. Bear Stearns Companies L.L.C.  **Docket No.:** 14-507

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Thomas G. Rafferty

**Firm:** Cravath, Swaine & Moore LLP

**Address:** 825 Eighth Avenue, New York, NY 10019

**Telephone:** (212) 474-1000   **Fax:** (212) 474-3700

**E-mail:** trafferty@cravath.com

**Appearance for:** Deloitte & Touche LLP / Defendant - Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Antony L. Ryan / Cravath, Swaine & Moore LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 4, 2011   OR

☐ I applied for admission on _____ .

**Signature of Counsel:** s/ Thomas G. Rafferty

**Type or Print Name:** Thomas G. Rafferty